# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 10, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

153566(36)

JOANNE JOHNSON, Individually and as Next
Friend of SAMANTHA JOHNSON, a minor,
        Plaintiffs-Appellees,

v

OUTBACK LODGE & EQUESTRIAN CENTER,
LLC, and OUTBACK LODGE, LLC,
        Defendants,
and

GIRL SCOUTS OF NORTHERN INDIANA-
MICHIANA, INC.,
        Defendant-Appellant.
_____/

SC: 153566
COA: 323556
Mecosta CC: 12-020925-NO

On order of the Chief Justice, the motion of defendant-appellant to extend the time for filing its reply is GRANTED.  The reply will be accepted as timely filed if submitted on or before June 17, 2016.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 10, 2016

